1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500

Counsel for Defendant RAYMOND THOMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )   No. CR-11 00497 CW
                                     )
                 Plaintiff,          )   **STIPULATION AND ORDER**
                                     )   **MODIFYING BRIEFING SCHEDULE**
vs.                                  )
                                     )
DANNY HARRIS and RAYMOND             )
THOMAS,                              )
                                     )
                 Defendants.         )
_____

This matter presently is set for hearing on a potential motion to dismiss the indictment on November 30, 2011. Defense counsel for Raymond Thomas has not yet completed the research necessary to determine if there are sufficient legal grounds upon which a dismissal motion may be predicated, but anticipates completing this research in the next few weeks.

For this reason, IT IS STIPULATED AND AGREED that the present briefing and hearing schedule be modified as follows:

The opening brief (if any) shall be filed by November 9, 2011;

The government's responding brief shall be filed by November 30, 2011;

Defendant's reply brief shall be filed by December 7, 2011; and,

STIP MODIFYING BRIEF SCHED                 1

The motion shall be heard on December 14, 2011.

The foregoing schedule accommodates the various schedules of government and defense counsel.

SO STIPULATED.

Dated: October 24, 2011

/s/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender
Attorney for Raymond Thomas

Dated: October 24, 2011

/s/
_____
PAUL WOLF
Attorney for Danny Harris

Dated: October 24, 2011

/s/
_____
SUSAN BADGER
Assistant United States Attorney

Good cause appearing therefor, the briefing schedule for defendant Raymond Thomas's motion to dismiss the indictment, if any, is modified as provided in the foregoing stipulation. The motion shall be heard on December 14, 2011.

Dated: October _25_, 2011

_____
CLAUDIA WILKEN
United States District Judge