MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN E. BADGER (CSBN 124365)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7199
    Facsimile: (415) 436-7234
    Susan.Badger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANNY HARRIS, JR., and<br>RAYMOND THOMAS, JR.<br><br>    Defendants. | No. CR 11 0497 CW<br><br>GOVERNMENT'S *EX PARTE* MOTION FOR ORDER AUTHORIZING PRODUCTION OF RULE 17(c) MATERIALS IN ADVANCE OF TRIAL AND (PROPOSED) ORDER |

**INTRODUCTION**

Pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure and Rule 17-2 of the Criminal Local Rules, United States District Court, Northern District of California, the United States brings the following *ex parte* motion for an order authorizing the government to issue a Rule 17(c) subpoena to Wells Fargo Bank for certain financial transaction records which will require production of the records in advance of trial. The

government will, upon filing of this motion and proposed order, provide the defendants with a copy of this motion and proposed order, as well as the Declaration of Susan Badger filed in support of this motion.

## DISCUSSION

Trial in the instant case is scheduled to begin on March 26, 2012 before this Court. Counts One through Four, which name only defendant Harris, center on allegations that Harris made material false statements on certain ATF forms when he purchased three firearms at LC Action, a federal firearms dealer in San Jose. Counts Five and Six charge both Harris and co-defendant Thomas with conspiracy to tamper with witnesses and obstruct justice. In connection with the gun purchase alleged in Count Four and certain acts that Harris and Thomas undertook in connection with the conspiracies alleged in Counts Five and Six, certain purchase transactions are relevant in that they establish that Harris and Thomas made those purchases. These facts are more fully explained in the Government's Motion for Order Authorizing Production of Rule 17(c) Materials in Advance of Trial and (Proposed) Order, authorized by this Court on October 13, 2011, Docket Entry 18. *See*, Exhibit A, attached.

In that motion, the government explained that it intended to issue a trial subpoena to Bank of America for copies of records pertaining to credit card transactions that are relevant to the charges. The government sought the Court's authorization to require Bank of America to produce the responsive records in advance of trial. Neither defendant opposed the government's motion.

The government issued the trial subpoena to Bank of America and Bank of America responded that it did not possess records responsive to the subpoena. *See*, Declaration of Susan Badger in Support of Government's *Ex Parte* Motion for Order Authorizing Production of Rule 17(c) Materials in Advance of Trial, filed February 6, 2012, ¶¶ 3, 5. The government has conducted additional investigation, and it appears that

| | |
|---|---|
| 1 | Wells Fargo Bank is the merchant bank which handled the relevant merchant transactions. |
| 2 | *Id*., ¶ 6. Therefore, the government will be issuing a new trial subpoena to Wells Fargo |
| 3 | Bank. In order to obtain relevant records, have time to review them, and provide them to |
| 4 | defense counsel, the government seeks authorization from this Court, pursuant to Rule |
| 5 | 17(c) of the Federal Rules of Criminal Procedure and Criminal Local Rule 17-2(a), |
| 6 | permitting issuance of a subpoena to Wells Fargo Bank that will require Wells Fargo |
| 7 | Bank to provide the responsive records in advance of trial. *Id*., ¶ 6. The government will |
| 8 | comply with subsections (b), (c), (d), and (f) of Criminal Local Rule 17-2 in issuing the |
| 9 | subpoena, and upon production, will promptly provide the documents to defense counsel.[1] |
| 10 | *Id*. |

Dated: February 6, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
SUSAN E. BADGER
Assistant United States Attorney

**ORDER**

Upon the motion of the government, and good cause appearing, IT IS HEREBY ORDERED THAT the United States is authorized to issue a Rule 17(c) subpoena to Wells Fargo Bank for documents and records which will require production of materials responsive to the Rule 17(c) subpoena in advance of trial. IT IS FURTHER ORDERED

---

[1] Criminal Local Rule 17(e), which pertains to subpoenas for personnel or complaint records from law enforcement agencies, is not relevant here.

1  that Wells Fargo Bank may deliver the records directly to the United States, as directed on
2  the face of the subpoena.  IT IS FURTHER ORDERED that the government provide all
3  records received to defense counsel immediately upon receipt.

4

5  IT IS SO ORDERED.

6

7  Dated: February 21, 2012

8  _____
   CLAUDIA WILKEN
   United States District Judge

GOVT'S *EX PARTE* MOT. FOR ORDER
AND [PROP.] ORDER AUTHORIZING
PRODUCTION OF RULE 17(c) MATERIALS
IN ADVANCE OF TRIAL
CR 11 0497 CW                                    4